IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONROE MERRITT, | ) | |
| | ) | 2:07cv1681 |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge Cercone |
| | ) | Magistrate Judge Caiazza |
| ALAN B. FOGEL, et al., | ) | In re: Docs. 33, 36, 39, 44, |
| | ) | 57 and 66 |
| Defendants. | ) | |

**<u>MEMORANDUM ORDER</u>**

Monroe Merritt's ("Merritt" or "the Plaintiff") civil rights complaint pursuant to 42 U.S.C. §1983 was filed on December 10, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report, filed on July 10, 2008, recommended that the Defendants' Motions to Dismiss (Docs. 33 and 36) be granted, that the Plaintiff's Motions to Amend the Complaint (Docs. 39, 44 and 57) be denied, and that the Plaintiff's Motion to Expedite Review (Doc. 66) be denied as moot. The parties were allowed ten days from the date of service to file objections. The Plaintiff filed objections on July 22, 2008 (Doc. 68) and a declaration in support thereof (Doc. 69).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections filed thereto, the following ORDER is entered:

AND NOW, this 1st day of August, 2008,

IT IS HEREBY ORDERED that the Defendants' Motions to Dismiss (Docs. 33 and 36) are GRANTED. The Plaintiff's Motions to Amend the Complaint (Docs. 39, 44 and 57) are DENIED. The Plaintiff's Motion to Expedite Review (Doc. 66) is DENIED AS MOOT. The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 67) and dated July 10, 2008, is adopted as the opinion of the court.

                               David Stewart Cercone
                               United States District Judge

cc: Honorable Francis X. Caiazza
     United States Magistrate Judge

     Monroe Merritt
     AY4389
     SCI Greene
     175 Progress Drive
     Waynesburg, PA 15370

     Douglas B. Barbour, Esquire
     Office of Attorney General
     6th Floor, Manor Complex
     564 Forbes Avenue
     Pittsburgh, PA 15219